# EXHIBIT A

09.415245

Filed: 10/3/2019 10:43 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No: 37348686
By: Rolande Kain
10/3/2019 10:48 AM

## CITATION

### THE STATE OF TEXAS

MICHAEL L. JESTER, ET AL VS. VOYAGER INDEMNITY
INSURANCE COMPANY ET AL

Cause No.: 19-CV-1825

405th District Court of Galveston County

TO:    Richard Sydnor
       864 Hawkins Creek Dr
       Jefferson GA  30549

---

**GREETINGS: YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you.

---

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **405th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **September 20, 2019**. It bears cause number **19-CV-1825** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 25th day of September, 2019.**

Issued at the request of:
Michael A Downey
Mostyn Law
3810 West Alabama Street
Houston TX 77027



**John D. Kinard**, District Clerk
Galveston County, Texas



By        Robin Gerhardt, Deputy

---

### The District Courts of Galveston County, Texas Status Conference Notice
### Please calendar this event

| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | | |
|---|---|---|---|---|
| Court Name | Status Conference Time | Court Phone Number | | |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

## Date :12/12/2019 set in the 405th District Court - Judge Jared Robinson

## RETURN OF SERVICE

| Case no. 19-CV-1825 | In the 405th District Court |
|---|---|

**Michael L. Jester, Et Al vs. Voyager Indemnity Insurance Company Et Al**

Come to hand on _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

To:   Richard Sydnor
      864 Hawkins Creek Dr
      Jefferson GA  30549

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____

| FEES: Serving CITATION and copy  $_____ | Mileage _____ miles @ $_____ per mile   Total $_____ |
|---|---|
| **TOTAL FEES AND MILEAGE $** | |

Signed on _____day of _____, 20_____                                   **Officer**

_____   **County, TX**

_____   **Deputy /Officer Signature**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c)**.The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"My name is _____, my date of birth is_____
                      **(First)**          **(Middle)**          **(Last)**

And my address is_____
                              **Street, City, State, Zip, County**

**"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."**

Executed in _____, County, State of _____, on _____.

| _____ | _____ |
|---|---|
| Declarant/Authorized Process Server Signature | ID# and expiration of certification |

NO. 19-CV-1825

| MICHAEL L. JESTER AND BRENDA JESTER | § | |
| :--- | :--- | :--- |
| | § | |
| | § | IN THE 405TH JUDICIAL DISTRICT COURT OF |
| VS. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| VOYAGER INDEMNITY INSURANCE COMPANY | § | |
| AND RICHARD SYDNOR | § | |

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, _____Jean Nichols_____(Process Server), personally appeared on this _1st_ day of _October_____, **2019** and stated under oath as follows:

1. My name is __Jean Nichols_____(server). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

 3446 Winder Hwy, Ste. M #347, Flowery Branch, GA 30542
**(SERVER'S ADDRESS)**

2. ON _September 26 2019_ **(DATE)** AT __4_:_39_____ (_P_)M **(TIME) CITATION, PLAINTIFF'S ORIGINAL PETITION,EXHIBIT A, EXHIBIT B, EXHIBIT C, AND EXHIBIT D** came to hand for delivery to **RICHARD SYDNOR** .

3. ON __October 1, 2019___ **(DATE)** AT ___11_:45_____ ( _A_ ) M **(TIME)** The above named documents were hand delivered to: **RICHARD SYDNOR** AT:

 864 Hawkins Creek Drive, Jefferson, Georgia 30549
**(ADDRESS), in Person, in accordance to Rule 108 TRCP.**

**FURTHER AFFIANT SAYETH NOT.**

_(signature)_
**SERVER'S SIGNATURE**

_____Jean Nichols_____
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by _Jean Nichols____(server) appeared on **this** _1st_ **day of** __October_____, **2019** to attest witness my hand and seal of office.

_(signature)_
**NOTARY PUBLIC IN AND**
**FOR THE STATE OF** _Georgia___

2019.09.415245

ANDREW ARGUMEDO
NOTARY
EXPIRES
GEORGIA
May 16, 2023
PUBLIC
GWINNETT COUNTY

09.419292

Filed: 10/24/2019 9:31 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 37919174
By: Valerie Millican
10/24/2019 10:40 AM

# CITATION

## THE STATE OF TEXAS

**MICHAEL L. JESTER, ET AL VS. VOYAGER INDEMNITY INSURANCE COMPANY ET AL**

Cause No.: 19-CV-1825

405th District Court of Galveston County

**TO:** **Voyager Indemnity Insurance Company,** Upon Whom Process of Service may be had by and through: **c/o the Texas Commissioner of Insurance, Chief Clerk Office,** located at 333 Guadalupe MC 113-2A, P.O. Box 149104, Austin, Texas 78714-9104, or wherever it may be found Who Shall Then Forward A Copy To: Voyager Indemnity Insurance Company, Registered Agent Richard Fortwengler, Manager Legal, Licensing & Contract Administration, 260 Interstate North Circle, NW/SE, Atlanta, Georgia 30339.

---

**GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you.**

---

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **405th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **September 20, 2019.** It bears cause number **19-CV-1825** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 25th day of September, 2019.**

Issued at the request of:
Michael A Downey
Mostyn Law
3810 West Alabama Street
Houston TX 77027

**John D. Kinard**, District Clerk
Galveston County, Texas



*Robin Gerhardt*

By      Robin Gerhardt, Deputy

---

## The District Courts of Galveston County, Texas Status Conference Notice
## Please calendar this event

| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | |
|---|---|---|---|
| Court Name | Status Conference Time | Court Phone Number | |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax   409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax   409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax   409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax   409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax   409-765-2689 |

## Date :12/12/2019 set in the 405th District Court - Judge Jared Robinson

## RETURN OF SERVICE

| Case no. 19-CV-1825 | In the 405th District Court |
|---|---|

**Michael L. Jester, Et Al vs. Voyager Indemnity Insurance Company Et Al**

Come to hand on _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

**To:** Voyager Indemnity Insurance Company, Upon Whom Process of Service may be had by and through: **c/o the Texas Commissioner of Insurance, Chief Clerk Office,** located at 333 Guadalupe MC 113-2A, P.O. Box 149104, Austin, Texas 78714-9104, or wherever it may be found Who Shall Then Forward A Copy To: Voyager Indemnity Insurance Company, Registered Agent Richard Fortwengler, Manager Legal, Licensing & Contract Administration, 260 Interstate North Circle, NW/SE, Atlanta, Georgia 30339.

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____

| FEES: Serving CITATION and copy $_____ | |
|---|---|
| TOTAL FEES AND MILEAGE $ | Mileage _____ miles @ $_____ per mile   Total $_____ |

Signed on _____day of _____, 20_____  **Officer**

_____  **County, TX**

_____  **Deputy /Officer Signature**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c)**.The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"My name is _____, my date of birth is_____
          (First)          (Middle)          (Last)

And my address is _____
                         Street, City, State, Zip, County

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

Executed in _____, County, State of _____, on _____.

| _____ | |
|---|---|
| Declarant/Authorized Process Server Signature | ID# and expiration of certification |

## CAUSE NO. 19-CV-1825

MICHAEL L. JESTER AND BRENDA
JESTER
VS.

IN THE 405TH JUDICIAL DISTRICT COURT OF GALVESTON
COUNTY, TEXAS

VOYAGER INDEMNITY
INSURANCE COMPANY AND
RICHARD SYDNOR

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, *Barbara C. Stinnett* (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is *Barbara C. Stinnett* (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: *P.O. Box 684627, Austin TX 78768*
(SERVER'S ADDRESS)

2. ON *09/27/19* (DATE) AT *09:19* (A) M (TIME) TWO (2) DUPLICATE COPIES OF CITATION, PLAINTIFF'S ORIGINAL PETITION, EXHIBIT A, EXHIBIT B, AND EXHIBIT C AND $50 JURISDICTIONAL FEE came to hand for delivery to VOYAGER INDEMNITY INSURANCE COMPANY BY SERVING THE TEXAS COMMISSIONER OF INSURANCE, CHIEF CLERK OFFICE.

3. ON *09/27/19* (DATE) AT *02:08* (P) M (TIME) - The above named documents were delivered to: VOYAGER INDEMNITY INSURANCE COMPANY BY SERVING THE TEXAS COMMISSIONER OF INSURANCE, CHIEF CLERK OFFICE by delivering to

*Sid Pounds - Designated Agent*
(NAME AND TITLE), authorized agent for service @

*333 Guadalupe St. Austin TX 78701*
(ADDRESS), by CORPORATE Service

SIGNATURE
PSC# *1181* EXPIRATION: *07/31/20*

AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by *Barbara C. Stinnett* appeared on this *30* day of *September*, 2019 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

MICHAEL R STINNETT
Notary ID #126498663
My Commission Expires
December 3, 2022

2019.09.415242